IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR25 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH ANNABLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 21). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; Filing Nos. 22 and 23 shall be restricted pursuant to the E-Government Act.

DATED this 17th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court